Approved.

IT IS SO ORDERED.

*s/ James R. Knepp II*
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NORMAN RENE BARAHONA MENDOZA, | ) | |
| Petitioner, | ) | C/A No.: **4:26-cv-2116** |
| v. | ) | **JUDGE JAMES R. KNEPP II** |
| ICE DETROIT FIELD OFFICE DIRECTOR, et al., | ) | |
| Respondents. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, through undersigned counsel, hereby provides notice pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i) that Petitioner voluntarily dismisses all claims of this above-captioned action without prejudice. Petitioner filed this petition for a writ of habeas corpus challenging the lawfulness of Petitioner's detention by U.S. Immigration and Customs Enforcement. Petitioner has since been released from custody on bond, and the relief sought in the petition has therefore been obtained.

Petitioner's Notice of Voluntary Dismissal is being filed herein prior to the service of either an answer or a motion for summary judgement by any of the Respondents.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Margaret W. Wong*
Margaret W. Wong, Esq.
Margaret W. Wong & Associates LLC
3150 Chester Avenue
Cleveland, OH 44114
Tel.: (216) 566-9908
wong@imwong.com
Attorney for the Petitioner